STATE OF MINNESOTA

IN SUPREME COURT

A15-1730



March 22, 2016

**OFFICE OF APPELLATE COURTS**

Adelbys Tamayo Lopez,

      Relator,

vs.

JBS USA, LLC, and Zurich American
Insurance Co./Sedgwick CMS, Inc.,

      Respondents,

and

Sanford Health,

      Intervenor.

---

Adelbys Tamayo Lopez, Denison, Iowa, pro se relator.

William G. Laak, Brian J. Kluk, McCollum, Crowley, Moschet, Miller & Laak, Ltd., Minneapolis, Minnesota, for respondents.

---

Considered and decided by the court without oral argument.

A M E N D E D   O R D E R

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that relator's motion to accept new evidence be, and the same is, denied.

IT IS FURTHER ORDERED that the decision of the Workers' Compensation Court of Appeals filed and served on September 28, 2015, be, and the same is, affirmed without opinion. *See Hoff v. Kempton*, 317 N.W.2d 361, 366 (Minn. 1982) (explaining that "[s]ummary affirmances have no precedential value because they do not commit the court to any particular point of view," doing no more than establishing the law of the case).

Dated: March 22, 2016               BY THE COURT:

_____
David R. Stras
Associate Justice


CHUTICH, J., not having been a member of this court at the time of submission, took no part in the consideration or decision of this case.